United States of America.
United States District Court
Middle District of Florida
Office of the Clerk
United States Court House
Tampa Florida 33602

FILED
2006 FEB 22 PM 12: 14
CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

Date 2-17-06

Case
8:06-CV-00294-T-26
TGW

0600751  Ernest Boyd
              VS

Defendant Judge W D Henrich
Thirteenth Judicial Circuit Court
Division O Hillsborough County
Tampa Florida 33602
   Detective of Division O Fugitive
Investigation, Hillsborough County Sheriff Dept.
   Sheriff David W Gee
Hillsborough County Sheriff Dept.
   Administration of Falkenburg Rd Jail
Major Hall
Capt Bliss
Class, Specialist
Mccarthy
Julianne M. Holt
Public Defender, Thirteenth Judicial Circuit
Attorney At Law
Public Defender For Division O Circuit Court,
Pubic Defender Lawyer Lashay Sanchez
Sheriff Of Cleration County Manning
South Caroline 29102

N/P                                                           1

(2)

Chief of Cleration County police Dept
manning SC, 29/02.
ARMOR Correctional Health Services, INC.
medica care.

  Individual lawSuit against the Defendant above. UNHuman Treatment, Torture, Denied To Have Attorney A His Hear, on a Fugitive warrant, Denied Ernest Boyd Civil Right For 11 months. Couldn't Receive Fair Trial in Court. Judge Had a presonnel vandette against Ernest Boyd. His Court Dont Hold Human Rights. he wanted Ernest Boyd To be Abused, mistreated, Torture, he wante Boyd To Suffer Chain, Cuffed Hand & Feet, whenever His cell Door open. Only Because Ernest Boyd would Not Sign, paper work For His Court Divison Detective. Boyd was put in solitary punishment Comfenement.

Statement of Claim:
  Divison O of Circult Court, Denied Ernest The Right To Have a Attorney To prepare For A Defender.
  Went before Divison O Circult Court Over 12 Times. No lawyer To Represent Fugitive Charge.

(3)

Statement of Facts

Now Come Ernest Boyd, with True allegation complaints against defendants.

1. In the month of 5-12-05, went before Divison O, Reading of Charges.
2. Went Before Divison O again about Fugitive. No one said Anything about Attorney.
3. Went back before same Judge, 7-16-05 No Lawyer To Defend Case.
4. Went Before Judge Couldn't say Anythings in His Court, prisoner Treated unHuman.
5. Went before Divison I, Judge Manual Lopez, look And See How unjustice's County State Attorney And public Defender Lawyer was mistreating my Case.
6. Judge Manual Lopez, given Ernest Boyd ROR on Both Case, Assault on A woman whom Help Robbered Ernest Boyd,
7. Assault Charge was Drope. Because States Had No witness.
8. Judge Manual Lopez, Set Date For 1-3-06. Ernest Boyd, was in Court on Set Date His Attorney Didn't Come To Court,
9. County State Attorney, wanted Judge To Keep Boyd Ernest in Coustody,

(4) judge sent Boyd, back out on ROR, County State Attorney Call Boyd public Defender, let her know he Found To Detective To come get prisoner.

10. On 1-5-06 was Rearrested, For Fugitive From South Caroline.

11. Ernest Boyd Requested To His public Defender Lawyer, To Call Clerk of Superior Court For District of Columbia, she will get all information on His Trial, "77.

12. Detective of Divison 0, Come To Florkenbough Rd jail, with some paper He Need Boyd To Sign Ernest Boyd Refused.

11. Detective went To The administration, To get Ernest Boyd Put on Administrative Solitary Confinement, if he gose To Showrs must be Hand Cuffed & Feet, thus The Torture For Not Sign paper.

12. Manning S.C. Sheriff Dept. sent letter To Superior Court For The District of Columbia, state They which not To prosecutor Ernest Boyd, Ernest Boyd, was Acquitted, under The interstates Combat agreement Law Act

13. Judge, Call me back To Court on 2-14-06, Said This your Attorney Lawyer, Case Over, waite To be Transport To south Caroline. I Can't get A Fair Trial in Tampa, F'. Know About A", My paper.

4

I Hope United States District Court get Idea what going on. president G W Bush, said No prisoners should Be Torture Are a Abuse, by Any personnals official of The United States of America,

I Am in Solitary Confinement punishment For Not sign paper, I was Acquitted of Charge "77, it on File in clerk office Superior Courts. Ernest Boyd, 1-8-53 Also AKA Caprice Rodriguez 7-27-49,

PS Marlene Milgram
Deputy clerk
Criminal Information Center
Superior Court of This District of Columbia
Criminal Divison
500 Indiana Ave NW
Washington DC 20001 2131 Room 4001

For Suffering physical, mental, Emotional Torture Abuse, mistreated while Being prisoner in Hillsborough County custody, Ernest Boyd Ask Them To pays indamgerous of his Suffing $200,000 00 each.

Thank you
Sincere.

0600751  Ernest Boyd
520 Flarkenbough Rd jail
Tampa Fla 33619

# HILLSBOROUGH COUNTY SHERIFF'S OFFICE
## Detention Department
## INMATE GRIEVANCE

No: 20 GF014?

TO: Shift Commander

FROM: _____    _____    **3D**
         Last Name, First, MI           Booking Number      Cell

FACILITY: ( ) Orient Road Jail    ( ) Morgan Street Jail    ( ) Falkenburg Road Jail    ( ) Work Release Center

State the nature of the complaint including the date, time and location where the incident occurred, and date that the grievance is being filed. Sign form, return to deputy and request a copy.

INMATE GRIEVANCE: _____

_____

_____

_____

(Do Not Write On The Back Of This Form. Attach Additional Sheets If Needed)

SUGGESTED SOLUTION (Inmate): _____

_____

_____

_____    2-1-06    _____    _____
Receiving Deputy/PID #      Date       Signature of Inmate         Date

ADMINISTRATIVE RESPONSE/ACTION TAKEN: You were not placed in confinement for punishment. It was at the request of Capt. Bloss and Detective.

_____    02.02.06    _____    2/1/15
Reviewed by Shift Supervisor  Date      Shift Commander/PID #       Date

I acknowledge receipt of the findings and/or action taken regarding my grievance, and understand that I have the right to appeal to the Facility Commander in writing. A copy of this completed form will be placed in my inmate file.

I <u>would</u> / <u>would not</u> like to request an appeal. (Appeals must be submitted within 15 days and must include a copy of this
  (circle one)                              grievance.)

_____    _____
Signature of Inmate         Date

CONCUR/DISAGREE: _____

_____

_____    _____
Reviewed by Facility Commander   Date

Distribution:  *White*-Inmate File    *Canary*-Facility Commander/Administration Corporal    *Pink*-Inmate after Facility Commander's signature    *Goldenrod*-Inmate
HCDD 5040   Rev. 3/00   CAC-3-ALDF-3E-11

```
:DATE    02 FEB 06  17:14:21      REPORT GENERATION   CNOBLE
UINMRPT                         INMATE GRIEVANCE REPORT                2006FRJF0149

DATE / TIME PRINTED: 20060202 17:14:21


GRIEVANCE#: 2006FRJF0149   DATE RECEIVED: 20060201  TIME: 18:18 PID#: 04115
BOOKING#:   06000751       INMATE NAME:   BOYD,ERNEST
GRIEVANCE:  OTH            DISPOSITION:   RSV  DATE: 20060202   TIME: 17:14

SUPERVISOR: 01470          C NOBLE

ASSIGN TO:  01470          C NOBLE

PERSONNEL LISTED:
```

DESCRIPTIVE NARRATIVE:

INMATE WANTS TO KNOW HE IS STILL ON ADMINISTRATIVE CONFINEMENT AND STATES HE IS BEING PUNISHED.




DISPOSITION NARRATIVE:

YOU WERE NOT PLACED IN CONFINEMENT FOR PUNISHMENT. IT WAS AT THE REQUEST OF CAPT. BLISS AND AND DETECTIVE.



..... END REPORT .....

```
.DATE    07 FEB 06  15:13:44     REPORT GENERATION    ICFSHERRY
.ISUM - INMATE SUMMARY REPORT BOOKING#: 06000751
*TRANSACTION                            NAME: BOYD,ERNEST
*REASON        PID#  DATE      TIME      RECEIPT INFORMATION              AMOUNT
*============.=====.========.=========.================================.===========
 INDCON425468 09237 20060104 15:03:36 05030427 06000751 FRJ 04C16         31.28
 INDFEE378634 03630 20060206 06:31:23 INDIGENT 00689014 FRJ 3D403          0.96
 INDFEE374570 03630 20060130 06:47:35 INDIGENT 00684950 FRJ 3D403          0.96
 INDFEE372356 03634 20060126 06:46:08 INDIGENT 00682734 FRJ 3D403          0.96
 INDFEE366424 03630 20060117 06:33:27 INDIGENT 00676802 FRJ 3d403          0.96
*
TOTALS FOR IND
*
 INDCON         31.28
 INDFEE          3.84
*---         -----------
*SUB           35.12

 IPDCON425468 09237 20060104 15:03:36 05030427 06000751                   55.09
 IPDFEE425001 04783 20060104 10:58:48 FUG                                 20.00
*
TOTALS FOR IPD
*
 IPDCON         55.09
 IPDFEE         20.00
*---         -----------
*SUB           75.09

 MEDCON425468 09237 20060104 15:03:36 05030427 06000751                   33.00
*
TOTALS FOR MED
*
 MEDCON         33.00
*---         -----------
*SUB           33.00
.
*              143.21                                                GRAND TOTAL
*
FINAL TOTALS BY CATEGORY
*
 INDCON         31.28
 INDFEE          3.84
 IPDCON         55.09
 IPDFEE         20.00
 MEDCON         33.00
*
*
.==========================.
|TOTAL IND FEES COLLECTED  |
.==========================.
 INDCON         31.28
 INDFEE          3.84
.
*
*   TOTAL IND FEES ACCESSED =      3.84
*   TOTAL IND FEES PAID     =      0.00
-----------------------------------------------
    NET IND FEES ACTIVITY   =      3.84
*
*
```

```
.============================.
|TOTAL IPD FEES COLLECTED    |
.============================.
 IPDCON        55.09
 IPDFEE        20.00
.
*
*   TOTAL IPD FEES ACCESSED =       20.00
*   TOTAL IPD FEES PAID     =        0.00
-------------------------------------------
    NET IPD FEES ACTIVITY   =       20.00
*
*

.============================.
|TOTAL MED FEES COLLECTED    |
.============================.
 MEDCON        33.00
.
*
*   TOTAL MED FEES ACCESSED =        0.00
*   TOTAL MED FEES PAID     =        0.00
-------------------------------------------
    NET MED FEES ACTIVITY   =        0.00
*
*
                    ..... END REPORT .....
```